**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000613
27-FEB-2023
08:29 AM
Dkt. 152 ODMR**

NO. CAAP-18-0000613

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STEPHEN KEAWE ROY and REBECCA ROY,
Plaintiffs-Appellees,
v.
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INSURANCE AGENCY, INC., Defendants-Appellants
and
TIMOTHY DAYTON, RICHARD DWYER, and JOHN DORNAN,
Defendants-Appellees,
and
DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2053-07 (KKH))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, C.J., and Leonard and Wadsworth, JJ.)

Upon consideration of "Defendants-Appellants Government Employees Insurance Co., GEICO Insurance Agency, Inc.'s Motion for Reconsideration of the Intermediate Court of Appeals Opinion, Filed January 23, 2023 [DKT 143]" (**Motion for Reconsideration**), filed on February 2, 2023, it appears that:

(1) Defendants-Appellants move for reconsideration of the Opinion of the Court filed on January 23, 2023;

(2) The motion for reconsideration presents no point of law or fact that this court overlooked or misapprehended. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, February 27, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge